AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 922(g)(1) -- Felon in possession of a firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

**DEFENDANT - U.S.**

▶ MICHAEL NORTHCUTT

**DISTRICT COURT NUMBER**
CR 07 0669 SI

(FILED OCT 23 PM 1:00 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT N. DIST. OF CALIFORNIA)

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.
3-07-70602 EMC

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DREW CAPUTO

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges   ☐ Fed'l ☑ State

E-Filing

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
07 OCT 23 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

CR 07 0669

v.

MICHAEL NORTHCUTT

DEFENDANT.

## INDICTMENT

E-Filing

---

A true bill.

_____
Foreman

Filed in open court this 23rd day of
Oct 2007

BETTY FONG
Clerk
By
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

No process

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 OCT 23 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>            Plaintiff,         )<br>    v.         )<br>MICHAEL NORTHCUTT,         )<br>            Defendant.         )<br>_____)  | No. CR 07 0669<br><br>VIOLATION: Title 18, United States Code, Section 922(g)(1) -- Felon in Possession of a Firearm<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about July 26, 2007, in the Northern District of California, the defendant,

MICHAEL NORTHCUTT,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, specifically a Beretta Model 96 .40 caliber semi-automatic pistol with serial number BER012773M, in

//

//

violation of Title 18, United States Code, Section 922(g)(1).

DATED: 10/23/07                A TRUE BILL.

*[signature]*
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

*[signature]*
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: *Andrew Caputo* )
AUSA Caputo

E-Filing

2