AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 922(g)(1): Felon in possession of a firearm (Counts 1 and 2); 21 U.S.C. § 841(a)(1): Possession with intent to distribute cocaine base (Count 3)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ MICHAEL NORTHCUTT, JR.

DISTRICT COURT NUMBER
CR 07-0669 SI

PENALTY:
Counts 1 and 2: Maximum 10 years imprisonment, 3 years SR, $250,000 fine, $100 SA (per count); Count 3: Minimum 10 years and maximum lifetime imprisonment, minimum 8 years and maximum lifetime SR; maximum $4 million fine, $100 SA.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-07-70767 NJV

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  DREW CAPUTO

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year  1/3/2008

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

FILED
08 JAN -8 PM 4: 02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

MICHAEL NORTHCUTT, JR.

DEFENDANT.

---

# INDICTMENT

Title 18, United States Code, Section 922(g)(1) - Felon
in Possession of a Firearm (Two Counts);
Title 21, United States Code, Section 841(a)(1) (One
Count)

---

A true bill.

_____ Foreman

Filed in open court this 8th day of
January 2008

_____ Clerk

Bail, $ No process

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12
13 | UNITED STATES OF AMERICA,       )  No. CR 07-0669 SI
                                     )
14 |     Plaintiff,                  )  VIOLATIONS: Title 18, United States
                                     )  Code, Section 922(g)(1) -- Felon in
15 |     v.                          )  Possession of a Firearm (Two Counts); Title
                                     )  21, United States Code, Section 841(a)(1)
16 | MICHAEL NORTHCUTT, JR.,         )  (One Count)
                                     )
17 |     Defendant.                  )
                                     )  SAN FRANCISCO VENUE
18 |_____    )
19
20              S U P E R S E D I N G   I N D I C T M E N T
21  The Grand Jury charges:
22  COUNT ONE: (18 U.S.C. § 922(g)(1) – Possession of Firearm by Convicted Felon)
23       1.    On or about July 26, 2007, in the Northern District of California, the defendant,
24                            MICHAEL NORTHCUTT, JR.
25  having previously been convicted of a crime punishable by a term of imprisonment exceeding
26  one year, did knowingly possess in and affecting interstate commerce a firearm, specifically a
27  Beretta Model 96 .40 caliber semi-automatic pistol with serial number BER012773M, in
28  violation of Title 18, United States Code, Section 922(g)(1).

1  COUNT TWO: (18 U.S.C. § 922(g)(1) – Possession of Firearm by Convicted Felon)
2       2.      On or about August 15, 2007, in the Northern District of California, the
3  defendant,

                              MICHAEL NORTHCUTT, JR.

5  having previously been convicted of a crime punishable by a term of imprisonment exceeding
6  one year, did knowingly possess in and affecting interstate commerce a firearm, specifically a
7  Desert Eagle .357 caliber semi-automatic pistol with serial number 19748S, in
8  violation of Title 18, United States Code, Section 922(g)(1).
9  COUNT THREE: (21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Crack Cocaine)
10      3.      On or about August 15, 2007, in the Northern District of California, the
11 defendant,

                              MICHAEL NORTHCUTT, JR.

13 did knowingly and intentionally possess with intent to distribute a controlled substance,
14 specifically crack cocaine, a form of cocaine base, in violation of Title 21, United States Code,
15 Section 841(a)(1).

DATED: January 8, 2008            A TRUE BILL.

                                  _____
                                  FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division


(Approved as to form: _Andrew Caputo_ )
                     AUSA Caputo

2