JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7004
    FAX: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> MICHAEL NORTHCUTT, JR., <br>     Defendant. | No. CR 07-0669 SI <br><br> [~~PROPOSED~~] ORDER OF DETENTION PENDING TRIAL |

    Defendant Michael Northcutt, Jr., made his initial appearance in this matter on January 3, 2008. At this initial appearance, the United States moved for detention on grounds of flight risk and danger to the community. A detention hearing was set for January 8. Defendant was present at the detention hearing and was represented by Steven Kalar of the Federal Public Defender's Office. Assistant United States Attorney Drew Caputo appeared for the United States.

    Pretrial Services submitted a report to the Court and the parties that recommended detention, and a representative of Pretrial Services was present at the detention hearing. The government requested detention, and defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, the Court finds by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the safety of the community. Accordingly, the Court concludes that defendant must be detained pending trial in this matter.

The present order supplements the Courts findings at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).

Defendant has a lengthy criminal record. He has committed violations while under supervision, which have resulted in revocations of probation and parole in the past. Most recently, he was found in possession of crack cocaine and a loaded handgun (conduct charged in two of the three counts pending in the superseding indictment in this matter) less than a month after he was released on bail on charges of possessing a separate, loaded handgun (conduct charged in the remaining count of the pending superseding indictment). While defendant has proposed a surety in order to secure his release, this surety is not able to post property to secure defendant's release. For these reasons, the Court deems defendant to present a danger to the community that cannot be mitigated adequately by conditions of release.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant be afforded reasonable opportunity for private consultation with his counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to an authorized deputy United States marshal for the purpose of any appearance in connection with a court proceeding.

Dated: January 10, 2008



HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

[~~PROPOSED~~] ORDER OF DETENTION PENDING TRIAL
CR 07-0669 SI                             2