1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CSBN 163973)
3    Chief, Criminal Division

4    ANDREW P. CAPUTO (CSBN 203655)
     Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102
         Telephone:  (415) 436-7004
7        Fax:  (415) 436-7234
         Email: andrew.caputo@usdoj.gov
8
     Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,        )    No. CR 07-0669 SI
                                      )
14             Plaintiff,             )    STIPULATION AND [PROPOSED]
                                      )    ORDER EXCLUDING TIME FROM
15        v.                          )    SPEEDY TRIAL ACT CALCULATION
                                      )    (18 U.S.C. § 3161(h)(8)(A))
16   MICHAEL NORTHCUTT, JR.,          )
                                      )
17             Defendant.             )
                                      )
18   _____ )

19        With the agreement of the parties, and with the consent of defendant Michael Northcutt,

20   Jr., the Court enters this order documenting defendant's exclusion of time under the Speedy Trial

21   Act, 18 U.S.C. § 3161(c)(1), from January 3, 2008, to January 25, 2008.  The parties agree, and

22   the Court finds and holds, as follows:

23        1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to

24   grant the requested continuance would unreasonably deny defense counsel reasonable time

25   necessary for effective preparation, taking into account the exercise of due diligence, in this case.

26   Defendant made his initial appearance on January 3, 2007.  Defendant's counsel requested this

27   time exclusion in order to allow time to obtain and review discovery and to discuss the case with

28   his client.

1    2.    Given these circumstances, the Court found that the ends of justice served by

2  excluding the period from January 3, 2008, to January 25, 2008, outweigh the best interest of the

3  public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

4    3.    Accordingly, and with the consent of the defendant, at the hearing on January 3,

5  2008, the Court ordered that the period from January 3, 2008, to January 25, 2008, be excluded

6  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

7    IT IS SO STIPULATED.

8

9  DATED: January 22, 2008    _____/s/_____

10    BARRY PORTMAN
   Attorney for Defendant

11

12  DATED: January 17, 2008    _____/s/_____

13    ANDREW P. CAPUTO
   Assistant United States Attorney

14

15    IT IS SO ORDERED.

16

17  DATED: _____    _____

18    NANDOR J. VADAS
   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

2