1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7004

7      Facsimile: (415) 436-7234
       E-Mail: andrew.caputo@usdoj.gov

8

   Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

   UNITED STATES OF AMERICA,         )      No. CR 07-0669 SI
14                                    )
            Plaintiff,                )      STIPULATION REQUESTING
15                                    )      CONTINUANCE OF HEARING AND
        v.                            )      EXCLUDING TIME FROM SPEEDY
16                                    )      TRIAL ACT CALCULATION, AND
   MICHAEL NORTHCUTT, JR.,            )      [PROPOSED] ORDER
17                                    )
            Defendant.                )
18   _____)

19

20          The United States and defendant Michael Northcutt, Jr., hereby stipulate as follows:

21          1.      This matter is currently scheduled for an initial trial setting/status hearing before

22   the Court on January 25, 2008, at 11:00 a.m.

23          2.      The parties respectfully request a two-week continuance of this hearing, to

24   February 8, 2008, at 11:00 a.m.  Defendant's counsel is unavailable on January 25.  The

25   requested two-week continuance also will allow defendant's counsel time to review the discovery

26   materials recently provided by the government and to discuss the case with defendant.

27          3.      The parties agree that the time between January 25, 2008, and February 8, 2008,

28   should be excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI

1   Failure to grant the requested continuance would unreasonably deny defendant continuity of

2   counsel and would unreasonably deny defense counsel reasonable time necessary for effective

3   preparation, taking into account the exercise of due diligence, in this case.

4           4.      Given these circumstances, the parties agree that the ends of justice served by

5   excluding the period from January 25, 2008, and February 8, 2008, outweigh the best interest of

6   the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

7           IT IS SO STIPULATED.

8

9   DATED:      January 22, 2008                      _____
                                                              /s/
10                                                    BARRY PORTMAN
                                                      Attorney for Defendant
11

12  DATED:      January 17, 2008                      _____
                                                              /s/
13                                                    ANDREW P. CAPUTO
                                                      Attorney for the United States
14

15

16                                  **[PROPOSED] ORDER**

17          In accordance with the stipulation of the parties, the hearing currently set for January 25,

18  2008, is vacated and reset for February 8, 2008, at 11:00 a.m.  The Court finds that the ends of

19  justice served by excluding the period from January 25, 2008, and February 8, 2008, outweigh

20  the best interest of the public and the defendant in a speedy trial, for the reasons specified in the

21  parties' stipulation.

22          IT IS SO ORDERED.

23

24  DATED:      _____            _____

25                                              HONORABLE SUSAN ILLSTON
                                                United States District Judge
26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI                           2