JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL NORTHCUTT, JR., ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR 07-0669 SI <br><br> STIPULATION REQUESTING CONTINUANCE OF HEARING AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION, AND [PROPOSED] ORDER |

    The United States and defendant Michael Northcutt, Jr., hereby stipulate as follows:

    1.    This matter is currently scheduled for an initial trial setting/status hearing before the Court on January 25, 2008, at 11:00 a.m.

    2.    The parties respectfully request a two-week continuance of this hearing, to February 8, 2008, at 11:00 a.m. Defendant's counsel is unavailable on January 25. The requested two-week continuance also will allow defendant's counsel time to review the discovery materials recently provided by the government and to discuss the case with defendant.

    3.    The parties agree that the time between January 25, 2008, and February 8, 2008, should be excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI

1  Failure to grant the requested continuance would unreasonably deny defendant continuity of
2  counsel and would unreasonably deny defense counsel reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence, in this case.
4      4.    Given these circumstances, the parties agree that the ends of justice served by
5  excluding the period from January 25, 2008, and February 8, 2008, outweigh the best interest of
6  the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).
7      IT IS SO STIPULATED.
8
9  DATED:    January 22, 2008    _____/s/_____
10     BARRY PORTMAN
    Attorney for Defendant
11
12 DATED:    January 17, 2008    _____/s/_____
    ANDREW P. CAPUTO
13     Attorney for the United States
14
15
16     **[PROPOSED] ORDER**
17     In accordance with the stipulation of the parties, the hearing currently set for January 25,
18 2008, is vacated and reset for February 8, 2008, at 11:00 a.m.  The Court finds that the ends of
19 justice served by excluding the period from January 25, 2008, and February 8, 2008, outweigh
20 the best interest of the public and the defendant in a speedy trial, for the reasons specified in the
21 parties' stipulation.
22     IT IS SO ORDERED.
23
24 DATED:    _____    _____
    HONORABLE SUSAN ILLSTON
25     United States District Judge
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI    2