JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Fax: (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0669 SI |
|    Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| MICHAEL NORTHCUTT, JR., ) | |
|    Defendant. ) | |

With the agreement of the parties, and with the consent of defendant Michael Northcutt, Jr., the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from January 3, 2008, to January 25, 2008. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant made his initial appearance on January 3, 2007. Defendant's counsel requested this time exclusion in order to allow time to obtain and review discovery and to discuss the case with his client.

1      2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from January 3, 2008, to January 25, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3.    Accordingly, and with the consent of the defendant, at the hearing on January 3, 2008, the Court ordered that the period from January 3, 2008, to January 25, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 22, 2008              /s/
BARRY PORTMAN
Attorney for Defendant

DATED: January 17, 2008              /s/
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: Jan. 29, 2008
NANDOR J. VADAS
United States Magistrate Judge