1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7004
7     Fax: (415) 436-7234
      Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,       )  No. CR 07-0669 SI
                                     )
14 |       Plaintiff,                )  STIPULATION AND [PROPOSED]
                                     )  ORDER EXCLUDING TIME FROM
15 |    v.                           )  SPEEDY TRIAL ACT CALCULATION
                                     )  (18 U.S.C. § 3161(h)(8)(A))
16 | MICHAEL NORTHCUTT, JR.,         )
                                     )
17 |       Defendant.                )
                                     )
18

19       With the agreement of the parties, and with the consent of defendant Michael Northcutt,
20 Jr., the Court enters this order documenting defendant's exclusion of time under the Speedy Trial
21 Act, 18 U.S.C. § 3161(c)(1), from February 8, 2008, to March 21, 2008. The parties agree, and
22 the Court finds and holds, as follows:
23       1.      Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to
24 grant the requested continuance would unreasonably deny defense counsel reasonable time
25 necessary for effective preparation, taking into account the exercise of due diligence, in this case.
26 Defendant intends to file one or more motions in this case. Defendant's counsel requested this
27 time exclusion in order to allow time to perform the factual and legal investigation necessary to
28 file these motions and to consult with his client concerning the motions.

2.	Given these circumstances, the Court found that the ends of justice served by excluding the period from February 8, 2008, to March 21, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3.	Accordingly, and with the consent of the defendant, at the hearing on February 8, 2008, the Court ordered that the period from February 8, 2008, to March 21, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 11, 2008         _____/s/_____
                                 BARRY PORTMAN
                                 Attorney for Defendant

DATED: February 8, 2008          _____/s/_____
                                 ANDREW P. CAPUTO
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____            _____
                                 SUSAN ILLSTON
                                 United States District Judge