UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 2/8/08

Case No.   CR-07-0669 SI           Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- MICHAEL NORTHCUTT (C)(P)

Attorneys:  D. Caputo           B. Portman

Deputy Clerk: Tracy Sutton   Court Reporter: J. Gonzales

**PROCEEDINGS**

1)  Trial Setting - HELD

2)
3)
Order to be prepared by: (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                         PART

Case continued to **5/2/08 @ 11:00 a.m.**   for Motions
(Motion due 3/21/08 , Opposition 4/11/08  Reply 4/23/08 )

Case continued to  @  for Pretrial Conference

Case continued to  @ **8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:          Delay ends: 3/21/08**
(       AUSA to draft order        )

ORDERED AFTER HEARING:
Deft. anticipates on filing the following motions: 1) To Suppress, 2) Re: Search, and 3) Re: Informant.

Counsel will try to resolve the re-weigh issue without the necessity of a motion.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )