1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7004

7      Facsimile: (415) 436-7234
       E-Mail: andrew.caputo@usdoj.gov

8

   Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

   UNITED STATES OF AMERICA,           )    No. CR 07-0669 SI
14                                      )
          Plaintiff,                    )    STIPULATION REQUESTING
15                                      )    CONTINUANCE OF BRIEFING AND
                                        )    HEARING SCHEDULE AND
16     v.                               )    EXCLUDING TIME FROM SPEEDY
                                        )    TRIAL ACT CALCULATION, AND
   MICHAEL NORTHCUTT, JR.,              )    [PROPOSED] ORDER
17                                      )
          Defendant.                    )
18  _____)

19

20         The United States and defendant Michael Northcutt, Jr., hereby stipulate as follows:

21         1.     At the initial trial setting/status hearing on February 8, the Court set a briefing and

22  argument schedule for one or more motions to be filed by defendant.  Under that schedule,

23  defendant's filing deadline is March 21, with a hearing on the motion(s) scheduled for May 2.

24  This schedule was requested by defendant's counsel at the time, Barry Portman.

25         2.     After the February 8 hearing, Mr. Portman withdrew as counsel for defendant.  He

26  has been replaced by Richard Tamor.  Mr. Tamor requires additional time to review discovery

27  materials, discuss the case with defendant, and prepare any motions that defendant decides to

28  file.

   STIPULATION AND [PROPOSED] ORDER
   CR 07-0669 SI

1    3.    Accordingly, defendant requests a continuance of the briefing and argument

2    schedule for his motion(s).  He requests that the new schedule be as follows:

3        Defendant files his motion(s):                                April 25, 2008

4        United States files its opposition(s):                        May 9, 2008

5        Defendant replies:                                            May 16, 2008

6        Hearing on motion(s):                                         May 23, 2008, at 11:00 a.m.

7    The United States stipulates to this schedule.

8        4.    Defendant agrees to exclude the time between May 21, 2008, and April 25, 2008,

9    in computing the time within which trial must commence under the Speedy Trial Act.  See 18

10   U.S.C. § 3161(h).  Failure to grant the requested continuance would unreasonably deny defense

11   counsel reasonable time necessary for effective preparation, taking into account the exercise of

12   due diligence, in this case.  Defendant expects to file one or more motions in this case.

13   Defendant requests this time exclusion in order to allow time for his counsel to perform the

14   factual and legal investigation necessary to file such motion(s) and in order to allow time for

15   defendant and defendant's counsel to consult concerning the motions and concerning potential

16   dispositions of this case.

17       5.    Given these circumstances, the parties agree that the ends of justice served by

18   excluding the period from May 21, 2008, and April 25, 2008, outweigh the best interest of the

19   public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

20       IT IS SO STIPULATED.

21

22   DATED:    March 14, 2008                           _____/s/_____
                                                        RICHARD TAMOR
23                                                      Attorney for Defendant

24

25   DATED:    March 14, 2008                           _____/s/_____
                                                        ANDREW P. CAPUTO
26                                                      Attorney for the United States

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI                                           2

1

**[PROPOSED] ORDER**

2          In accordance with the stipulation of the parties, the briefing and argument schedule

3    previously established for defendant's motion(s) is vacated and replaced with the schedule

4    specified in paragraph 3 of the parties' stipulation.  The Court finds that the ends of justice

5    served by excluding the period from May 21, 2008, and April 25, 2008, outweigh the best

6    interest of the public and the defendant in a speedy trial, for the reasons specified in the parties'

7    stipulation. Accordingly, and with the consent of the defendant, the period from May 21, 2008,

8    and April 25, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §

9    3161(h)(8)(A) & (B)(iv).

10          IT IS SO ORDERED.

11

12   DATED:        _____          _____

13                                             HONORABLE SUSAN ILLSTON
                                               United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI                                    3