1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7004
7       Facsimile: (415) 436-7234
        E-Mail: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,            )    No. CR 07-0669 SI
                                        )
15         Plaintiff,                   )    STIPULATION REQUESTING
                                        )    CONTINUANCE OF BRIEFING AND
16      v.                              )    HEARING SCHEDULE AND
                                        )    EXCLUDING TIME FROM SPEEDY
17 MICHAEL NORTHCUTT, JR.,              )    TRIAL ACT CALCULATION, AND
                                        )    [PROPOSED] ORDER
18         Defendant.                   )
   _____)

19

20      The United States and defendant Michael Northcutt, Jr., hereby stipulate as follows:

21      1.      Defendant filed three motions in this case on April 25, 2008. Under the Court's

22 previous scheduling order, the government's opposition to these motions is currently due on May

23 9, 2008.

24      2.      The parties have agreed to discuss the possibility of resolving this case without

25 need to fully brief and seek decision on defendant's motions. While neither party can know

26 whether these discussions will prove successful, both parties believe it in their interest to pursue

27 those discussions prior to further briefing or decision on the motions.

28      3.      The parties request that the Court vacate the current schedule and order the

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI

following briefing and hearing schedule on defendant's pending motions:

  Oppositions to motions filed by United States:   June 13, 2008

  Replies filed by defendant:   June 27, 2008

  Hearing on motion(s):   July 11, 2008, at 11:00 a.m.

The parties have designed this schedule to allow sufficient time for the United States to respond to the three motions if settlement discussions prove unsuccessful. If settlement discussions prove successful, the parties will file the appropriate papers and seek to vacate the above schedule.

  4.  The parties agree that the time since April 25, when defendant filed his motions, has automatically been excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(F). If the Court grants the continuance requested in this stipulation, the parties further agree that the time through and including July 11 will also be properly excluded from computation under the Speedy Trial Act pursuant to section 3161(h)(1)(F), because of defendants' pending motions.

  IT IS SO STIPULATED.

DATED:  May 2, 2008          _____/s/_____
                         RICHARD TAMOR
                         Attorney for Defendant

DATED:  May 2, 2008          _____/s/_____
                         ANDREW P. CAPUTO
                         Attorney for the United States

## [PROPOSED] ORDER

In accordance with the stipulation of the parties, the briefing and argument schedule previously established for defendant's motions is vacated and replaced with the schedule specified in paragraph 3 of the parties' stipulation. In accordance with paragraph 4 of the stipulation, the Courts finds that the period from April 25, 2008, through July 11, 2008, is properly excluded in computing the time within which trial must commence under the Speedy

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI              2

1  Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(F).
2      IT IS SO ORDERED.
3
4  DATED: _____    _____
                                   HONORABLE SUSAN ILLSTON
5                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI                                    3