JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0669 SI |
| Plaintiff, | STIPULATION REQUESTING CONTINUANCE OF BRIEFING AND HEARING SCHEDULE AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION, AND [PROPOSED] ORDER |
| v. | |
| MICHAEL NORTHCUTT, JR., | |
| Defendant. | |

    The United States and defendant Michael Northcutt, Jr., hereby stipulate as follows:

    1.    Defendant filed three motions in this case on April 25, 2008. Under the Court's most recent scheduling order, the government's opposition to these motions is due on June 13, 2008.

    2.    The parties are currently discussing a potential resolution of this case, and defendant's counsel requires additional time to consult with his client about the potential resolution under discussion. While neither party can predict whether these discussions will prove successful, both parties believe it would be appropriate to continue the current briefing and argument schedule to allow an additional two weeks for these discussions and consultations to

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI

1 | take place.

2 |     3.    The parties request that the Court vacate the current schedule and order the
3 | following briefing and hearing schedule on defendant's pending motions. Each of the following
4 | dates is two weeks later than the current schedule that is in effect.

5 |     Oppositions to motions filed by United States:    June 27, 2008
6 |     Replies filed by defendant:    July 11, 2008
7 |     Hearing on motions:    July 25, 2008, at 11:00 a.m.

8 |     4.    The parties agree that the time since April 25, when defendant filed his motions,
9 | has automatically been excluded in computing the time within which trial must commence under
10 | the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(F). If the Court grants the continuance
11 | requested in this stipulation, the parties further agree that the time through and including July 25
12 | will also be properly excluded from computation under the Speedy Trial Act pursuant to section
13 | 3161(h)(1)(F), because of defendants' pending motions.

14 |     IT IS SO STIPULATED.

15 |

16 | DATED:    June 5, 2008        _____/s/_____
17 |     RICHARD TAMOR
    Attorney for Defendant

18 |

19 | DATED:    June 5, 2008        _____/s/_____
20 |     ANDREW P. CAPUTO
    Attorney for the United States

21 |
22 |
23 | **[PROPOSED] ORDER**

24 |     In accordance with the stipulation of the parties, the briefing and argument schedule
25 | previously established for defendant's motions is vacated and replaced with the schedule
26 | specified in paragraph 3 of the parties' stipulation. In accordance with paragraph 4 of the
27 | stipulation, the Courts finds that the period from April 25, 2008, through July 25, 2008, is
28 | properly excluded in computing the time within which trial must commence under the Speedy

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI        2

1  Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(F).
2          IT IS SO ORDERED.
3
4  DATED: _____     _____
5                                      HONORABLE SUSAN ILLSTON
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI                                    3