1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7004
7     Facsimile: (415) 436-7234
      E-Mail: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                             UNITED STATES DISTRICT COURT

11                            NORTHERN DISTRICT OF CALIFORNIA

12                                 SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,    )    No. CR 07-0669 SI
14                                      )
        Plaintiff,                   )    STIPULATION REQUESTING
15                                      )    VACATING OF BRIEFING AND
       v.                             )    HEARING SCHEDULE ON
16                                    )    DEFENDANT'S MOTIONS AND
   MICHAEL NORTHCUTT, JR.,     )    CALENDARING OF CASE FOR
17                                    )    CHANGE OF PLEA, AND [PROPOSED]
        Defendant.                )    ORDER
18  _____ )

19
20       The United States and defendant Michael Northcutt, Jr., hereby stipulate as follows:

21       1.     Defendant filed three motions in this case on April 25, 2008. Under the Court's

22 most recent scheduling order, the government's opposition to these motions is due on June 27,

23 2008, and a hearing on the motions is scheduled for July 25, 2008.

24       2.     The parties have agreed upon a resolution of this case, pending the drafting of a

25 plea agreement and final approval of that plea agreement by the United States Attorney.

26 Accordingly, the parties respectfully request that the Court (1) vacate the briefing and hearing

27 schedule on defendant's motions and (2) place this matter on the Court's calendar on July 11,

28 2008, for a change of plea hearing.

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI

IT IS SO STIPULATED.

DATED:   June 23, 2008                              /s/
                                        RICHARD TAMOR
                                        Attorney for Defendant


DATED:   June 23, 2008                              /s/
                                        ANDREW P. CAPUTO
                                        Attorney for the United States


## [PROPOSED] ORDER

In accordance with the stipulation of the parties, the briefing and hearing schedule previously established for defendant's motions is vacated. This matter is placed on the Court's calendar for a change of plea hearing on July 11, 2008, at 11:00 a.m.

IT IS SO ORDERED.


DATED:   _____          _____
                                        HONORABLE SUSAN ILLSTON
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI                           2