JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL NORTHCUTT, JR., ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 07-0669 SI <br><br> STIPULATION REQUESTING VACATING OF BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTIONS AND CALENDARING OF CASE FOR CHANGE OF PLEA, AND [PROPOSED] ORDER |

    The United States and defendant Michael Northcutt, Jr., hereby stipulate as follows:

    1.    Defendant filed three motions in this case on April 25, 2008. Under the Court's most recent scheduling order, the government's opposition to these motions is due on June 27, 2008, and a hearing on the motions is scheduled for July 25, 2008.

    2.    The parties have agreed upon a resolution of this case, pending the drafting of a plea agreement and final approval of that plea agreement by the United States Attorney. Accordingly, the parties respectfully request that the Court (1) vacate the briefing and hearing schedule on defendant's motions and (2) place this matter on the Court's calendar on July 11, 2008, for a change of plea hearing.

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI

1  IT IS SO STIPULATED.

2

3  DATED:     June 23, 2008                    _____/s/_____
4                                              RICHARD TAMOR
                                               Attorney for Defendant
5

6  DATED:     June 23, 2008                    _____/s/_____
                                                ANDREW P. CAPUTO
7                                               Attorney for the United States

8

9

10                          **[PROPOSED] ORDER**

11         In accordance with the stipulation of the parties, the briefing and hearing schedule

12  previously established for defendant's motions is vacated.  This matter is placed on the Court's

13  calendar for a change of plea hearing on July 11, 2008, at 11:00 a.m.

14         IT IS SO ORDERED.

15
                                                *[signature: Susan Illston]*
16  DATED:     _____              _____
                                                HONORABLE SUSAN ILLSTON
17                                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0669 SI                              2