**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/11/08

Case No.   CR-07-0669 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- MICHAEL NORTHCUTT (C)(P)

Attorneys:   D. Caputo                 R. Tamor

Deputy Clerk: Tracy Sutton  Court Reporter: S. McVickar

**PROCEEDINGS**

1)  Change of Plea - HELD
2)
3)
Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                          PART

Case continued to **10/10/08  @ 11:00 a.m.**   Judgment & Sentence

Case continued to  @   for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:

ORDERED AFTER HEARING:
The parties filed a written plea agreement in open court.
The defendant plead guilty to Counts 2 and 3 of the Superceding Indictment.